

**Entered on Docket
November 02, 2009**

_____
**Hon. Michael S. McManus
United States Bankruptcy Judge**

_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Bank of America, National Association
09-74225

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-N-09-51888-gwz |
|---|---|
| David Rodriguez and Pamela A. Rodriguez | Date: 10/9/09<br>Time: 1:30pm |
| Debtors. | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is granted regarding the subject property generally described as

///

///

1  9930 Burghley Lane, Reno, NV 89521.

3      DATED this _____ day of _____, 2009.

6  Submitted by:
   **WILDE & ASSOCIATES**

   _____
   Gregory L. Wilde, Esq.
   Attorney for Secured Creditor
   208 South Jones Boulevard
   Las Vegas, Nevada 89107

   APPROVED / DISAPPROVED

   _____
   **Kevin A. Darby**
   4777 Caughlin Pkwy.
   Reno, NV 89519
   Attorney for Debtor(s)

   APPROVED / DISAPPROVED

   _____
   **William Van Meter**
   P.O. Box 6630
   Reno, NV 89513
   Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case

\_x\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

### (List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_\_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ Opposition filed and withdrawn by Debtor's counsel

Trustee:

\_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_x\_\_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order         \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

Submitted by:
/s/ Gregory L. Wilde, Esq.

Gregory L. Wilde, Esq.

Attorney for Secured Creditor